# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JESSE ANDRE HEARD ) | Case No: 12-000068-001 |
| ) | USM No: 16600-043 |
| Date of Original Judgment: 02/21/2013 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Application of Amendment 782 would result in a new total offense level of 34, with a criminal history category of IV, and a revised guideline range of 240 (statutory mandatory minimum) to 262 months. Although the defendants guideline range would subsequently be lowered by application of the amendment, at the time of sentencing, Heard received a sentence (240 months) which fell outside of the advisory guideline range. Pursuant to U.S.S.G. § 1B1.10(b)(2)(A), and Application Note 3, the Court may grant a comparable reduction outside of the guideline range only if the defendant provided substantial assistance to authorities. As the defendant's reduction was granted pursuant to 3553(a)(1), a comparable reduction is not permitted. Therefore, the defendant would not benefit from a recalculation of the guidelines.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/01/2014

Callie V.S. Granade U.S. District Judge
Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2014.12.01 16:08:40 -06'00'

*Judge's signature*

Effective Date: _____

UNITED STATES DISTRICT JUDGE

*(if different from order date)* *Printed name and title*